IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| infoUSA Inc. | No. _____ |
| Plaintiff, | **COMPLAINT** |
| v. | **(Demand for Jury Trial)** |
| 0-0 DataNetwork, Corp., | |
| Defendant. | |

Plaintiff alleges:

### PARTIES, JURISDICTION AND VENUE

1.  Plaintiff infoUSA Inc. ("infoUSA") (formerly known as American Business Information, Inc.) is a Delaware corporation with its principal place of business in the State of Nebraska.

2.  Defendant 0-0 DataNetwork Corp. ("0-0 DataNetwork") is a Florida corporation with its principal place of business in the State of Florida.

3.  This action is brought under the federal Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq (the "Act"). The Court has jurisdiction of the subject matter of this action pursuant to 28 U.S.C. § 1338(a), in that, this is a civil action arising under an Act of Congress relating to copyrights. Venue is proper in this district pursuant to 28 U.S.C. § 1400 in that, this is a civil action arising under an Act of Congress relating to copyrights and because this is a

01-457757.02

judicial district in which 0-0 DataNetworks was subject to personal jurisdiction at the time this action was commenced.

## STATEMENT OF FACTS

4.      infoUSA produces database compilations of business and consumer information and sells or licenses such business and consumer database compilations to third parties. Among the database compilations sold by infoUSA is the infoUSA Database, a database of information on business in the United States.

5.      The infoUSA Database is meticulously compiled by infoUSA's staff and contains a substantial amount of material created by infoUSA's own skill, labor and judgment. The infoUSA Database is an original work of expression that is copyrightable subject matter under the laws of the United States.

6.      infoUSA has complied in all respects with the Act and all other laws governing copyright, by applying for copyright registration of the infoUSA Database on March 31, 2000, making the required deposit, and receiving from the Register of Copyrights a Certificate of Registration, No. TX 5-195-031, dated April 4, 2000, a copy of which is attached to this Complaint as Exhibit A and incorporated herein by this reference.

7.      The infoUSA Database has been published by infoUSA, and all copies of it made by infoUSA under its authority or license have been published in strict conformity with the provisions of the Act and all other laws governing copyright.

8.      infoUSA remains the sole owner of all right, title and interest in and to the infoUSA Database.

9.      infoUSA distributes the infoUSA Database on CD-Rom. Each user of the infoUSA Database, upon installing the infoUSA Database onto a computer, consents to the terms

01-457757.02

of a license agreement ("License Agreement") contained on the infoUSA Database CD-Rom. The infoUSA Database can only be legitimately be accessed from a CD-Rom by consenting to the License Agreement. A copy of the License Agreement is attached as Exhibit B.

10. The License Agreement provides that a purchaser of the infoUSA Database "shall use [the database] solely for [its] own internal data processing purposes" and that the purchaser "do[es] not have the right to sublicense, resell, relicense or otherwise deliver [the database] or any part thereof to any third party or use the [database] for the benefit of a third-party." *See* License Agreement ¶ 1.1.

11. The License Agreement also provides that "[e]ach party irrevocably subjects itself to the exclusive jurisdiction of the courts of Nebraska with respect to any disputes arising hereunder." *See* License Agreement ¶ 7.1.

12. Upon information and belief, 0-0 DataNetwork has willfully infringed on infoUSA's copyright of the infoUSA Database or, alternatively, has breached the License Agreement by publishing and placing on the market a database compilation of business information ("USA Business Database") copied from the infoUSA Database.

13. infoUSA has delivered a letter to 0-0 DataNetworks demanding it cease and desist infringing infoUSA's copyright, but, upon information and belief, 0-0 DataNetwork has failed to respond to infoUSA and had continued to infringe the copyright.

## FIRST CLAIM FOR RELIEF

### (Copyright Infringement)

14. infoUSA incorporates the allegations of Paragraphs 1 to 13 above as though fully stated herein.

15. The infoUSA Database is the subject of a copyright owned by infoUSA.

01-457757.02

16.     0-0 DataNetworks has willfully infringed on infoUSA's exclusive rights guaranteed under Title 17, United States Code by reproducing, duplicating and using the infoUSA Database.

17.     As a result of infringement by 0-0 DataNetworks, infoUSA has been and will be damaged in an amount to be proven at trial.

### SECOND CLAIM FOR RELIEF (ALTERNATIVE)
### (Breach of Contract)

18.     infoUSA incorporates the allegations of Paragraphs 1 to 17 above as though fully stated herein.

19.     0-0 DataNetworks entered into the License Agreement with infoUSA when 0-0 DataNetworks accessed the infoUSA Database on CD-Rom.

20.     DataNetworks breached the License Agreement by publishing and placing on the market the USA Business Database, copied from the infoUSA Database without infoUSA's permission and in violation of the terms of the License Agreement.

21.     infoUSA has suffered damage as a direct and proximate result of said breach of the License Agreement.

### RELIEF REQUESTED

infoUSA requests:

A.     All remedies available under the Copyright Act, including but not limited to:

   1.     A preliminary and permanent injunction enjoining 0-0 DataNetwork from infringing the above-mentioned copyright of the infoUSA Database in any manner and from reproducing, duplicating or using any software or information derived from the infoUSA Database as well as requiring 0-0 DataNetwork to disclose all third parties to whom it has transmitted the infoUSA Database, whether in whole or in part;

01-457757.02

2. An order of impoundment requiring 0-0 DataNetwork to immediately deliver all copies of the infoUSA Database in its possession or under its control, including any and all electronic copies in its possession or control and including any works that utilize or include data from the infoUSA Database in its possession or control; and

3. Such damages as are available by law, including profits of 0-0 DataNetwork, infoUSA's actual damages, statutory damages and exemplary damages plus attorneys' fees incurred in this suit and in the investigation preceding it.

B. Damages and other relief for 0-0 DataNetworks' breach of contract; and

C. Such interest, attorneys' fees, and other relief as are permitted by the law or allowed by the facts.

## REQUEST FOR PLACE OF TRIAL

infoUSA requests that trial of this case be had at Omaha.

Respectfully submitted this 6th day of March, 2003.

        INFOUSA INC., Plaintiff

        By s/ Jeremy Fitzpatrick
           Bartholomew L. McLeay #17746
           Jeremy Fitzpatrick #21943
           Kutak Rock LLP
           The Omaha Building
           1650 Farnam Street
           Omaha, NE  68102-2186
           (402) 346-6000

01-457757.02

FEB.19.2003 2:45PM   INFOUSA LEGAL                          NO.843   P.2/5

## CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

### FORM TX 
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



TX 5-195-031

EFFECTIVE DATE OF REGISTRATION

Month  4   Day  12   Year  00

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1  TITLE OF THIS WORK ▼**
GROUP REGISTRATION FOR AUTOMATED DATABASE TITLED AMERICAN BUSINESS INFORMATION, INC enhanced database (PUBLISHED UPDATES FROM Jan. 1, 2000 THROUGH Mar. 31, 2000)

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼
REPRESENTATIVE PUBLICATION DATE: Mar. 22, 2000  - UPDATED MONTHLY

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2  NAME OF AUTHOR ▼**
a   infoUSA Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ U.S.A. }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
UPDATED AND REVISED COMPILATION OF DATABASE INFORMATION

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

c   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3  a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given   2000 ◀ Year in all cases.

**b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.   Month ▶ March   Day ▶ 31   Year ▶ 2000 ◀ Nation

**4  COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
infoUSA Inc.
5711 S. 86TH CIRCLE, OMAHA, NE   68127

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 12 2000
ONE DEPOSIT RECEIVED
APR 12 2000
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-8) on the reverse side of this page.                 DO NOT WRITE HERE

EXHIBIT   A

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶            Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
PREVIOUSLY REGISTERED DATABASE
    NOT YET RECEIVED                                               2000

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
UPDATED AND REVISED COMPILATION OF DATABASE INFORMATION, UPDATED MONTHLY

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Todd Frazier; Corporate Counsel
infoUSA Inc.
5711 S. 86th CIRCLE, OMAHA, NE   68127
Area code and daytime telephone number ▶ 402-593-4500               Fax number ▶
Email ▶

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                    ☐ author
                    Check only one ▶ ☐ other copyright claimant
                                    ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made   ☒ authorized agent of
by me in this application are correct to the best of my knowledge.
                                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Todd Frazier                                                        Date ▶ 3-31-2000

Handwritten signature (X) ▼
X

**8**

| Certificate will be mailed in window envelope to this address: | Name ▼ Todd Frazier; Corporate Counsel |
|---|---|
| | Number/Street/Apt ▼  infoUSA Inc. 5711 S. 86TH CIRCLE |
| | City/State/ZIP ▼  OMAHA, NE  68127 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

```
License Agreement
Copyright 2002 by
infoUSA Inc.
5711 S 86th Circle
Omaha, Nebraska 68127
(402) 593-4565
```

PLEASE READ THIS FIRST

READ THE TERMS AND CONDITIONS OF THIS LICENSE AGREEMENT ("AGREEMENT") CAREFULLY BEFORE INSTALLING THE SOFTWARE CONTAINED ON THE CD-ROM DISC(S) IN THIS PACKAGE ("infoUSA® Database"). BY INSTALLING THE INFO USA® DATABASE YOU ARE ACCEPTING AND AGREEING TO THE TERMS OF THIS AGREEMENT. IF YOU DO NOT AGREE TO THE TERMS OF THIS AGREEMENT, PLEASE PROMPTLY RETURN THE COMPLETE PACKAGE FOR A REFUND.

1.  License.
1.1  infoUSA Inc., or its affiliate(s) hereby grants to you a limited, non-exclusive and non-transferable right and license to use one copy of the infoUSA® Database, in object code only, and one copy of the User Documentation on a single computer under your control ("License"). Neither concurrent use on two or more computers nor use in a local area network or other network is permitted without infoUSA Inc.'s prior written consent and the payment of other license fees. You acknowledge and agree that you shall use the infoUSA® Database solely for your own internal data processing purposes and only by you or your employees. You do not have the right to sublicense, resell, relicense or otherwise deliver the infoUSA® Database or any part thereof to any third party or use the infoUSA® Database commercially for the benefit of a third-party. Any use of the infoUSA® Database not expressly authorized in this Paragraph 1 is expressly prohibited.

1.2  You shall not copy the infoUSA® Database, User Documentation, or any part thereof, except that you may make one copy of the infoUSA® Database and User Documentation for back-up purposes for use only in an emergency. You shall not make any other copies of the infoUSA® Database and User Documentation without the prior written consent of infoUSA Inc. All copies of the infoUSA® Database and User Documentation shall contain info USA Inc.'s copyright and other proprietary rights notices.

1.3  You acknowledge and agree that the infoUSA® Database and the User Documentation are proprietary to infoUSA Inc. and protected under federal and common law copyright law and trade secret law. Except for the License granted to you under this Agreement, you further acknowledge and agree that all right,



title, and interest in and to the infoUSA Inc. Software, including associated intellectual property rights, are and shall remain with infoUSA Inc.

1.4   You agree not to cause or permit any of your employees, agents, or representatives to reverse engineer, decompile, disassemble, or otherwise translate the infoUSA® Database in whole or in part.

2.   License Fees.   The license fees paid by you are paid in consideration of the licenses granted under this Agreement.

3.   Term.   This Agreement shall begin upon your installation of the infoUSA® Database and shall continue until terminated. You may terminate this Agreement at any time upon written notice to infoUSA Inc.   infoUSA Inc. may terminate this Agreement upon your breach of any term of this Agreement. Upon termination of this Agreement for any reason, you agree to (a) cease all use of the infoUSA® Database, (b) delete all copies of the infoUSA® Database or any part thereof from your computer, and (c) return to infoUSA Inc. any and all copies of the infoUSA® Database or any part thereof, whether in print, CD-ROM or some other media.

4.   Limited Warranty. infoUSA Inc. warrants, for your benefit alone, for a period of 30 days from the date of purchase ("Warranty Period") that the infoUSA® Database shall perform to your satisfaction and that the CD-ROM disc(s) on which the infoUSA® Database is contained shall be free from defects in material and workmanship.   If during the Warranty Period, you are not completely satisfied or a defect in the CD-ROM disc(s) appears, you may return the complete package for a replacement or refund.   You agree that the foregoing constitutes your sole and exclusive remedy for breach by infoUSA Inc. of any warranties made under this Agreement.   EXCEPT FOR THE WARRANTIES SET FORTH ABOVE, THE INFO USA® DATABASE IS LICENSED "AS IS", AND INFO USA INC. DISCLAIMS ANY AND ALL OTHER WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

5.   Limitation of Liability. infoUSA Inc.'s cumulative liability to you or any other party for any loss or damages resulting from any claims, demands, or actions arising out of or relating to this Agreement shall not exceed the license fee paid to infoUSA Inc. for the use of the infoUSA® Database. In no event shall infoUSA Inc. be liable for any indirect, incidental, punitive, special or consequential damages, including lost profits or revenues, whether based in contract, tort or otherwise, even if infoUSA Inc. has been advised of

the possibility of any such loss or damage. Some states do not allow the limitation or exclusion of liability for incidental or consequential damages, so the above limitation or exclusion may not apply to you.

6. Confidentiality. You agree to keep confidential the infoUSA® Database and all other information and technology transmitted or conveyed by infoUSA Inc. pursuant to this Agreement.

7. Governing Law.
7.1 Each party acknowledges and agrees that this Agreement is executed and delivered in the State of Nebraska as a result of your contacts with infoUSA Inc. in said state. Each party irrevocably subjects itself to the exclusive jurisdiction of the courts of Nebraska with respect to any disputes arising hereunder and agrees that the laws of Nebraska shall govern and control such dispute, without regard to its choice of law rules.

7.2 You agree to use the Product in accordance with local, state, and federal laws, and you acknowledge that compliance with such laws may limit your use of the Product for certain applications, including, but not limited to direct marketing and telemarketing applications.

FEDERAL AND STATE LAW MAY IMPOSE RESTRICTIONS ON THE ABILITY TO SOLICIT BY TELEPHONE OR FACSIMILE. LAWS VARY FROM JURISDICTION TO JURISDICTION. A VIOLATION OF SUCH LAWS MAY RESULT IN SIGNIFICANT PENALTIES AND OTHER SANCTIONS. ANY PERSON INTENDING TO USE INFOUSA INC. PRODUCTS FOR SOLICITATION PURPOSES SHOULD CONSULT WITH THEIR OWN COUNSEL TO DETERMINE THE EXTENT, IF ANY, OF PERMISSIBLE SOLICITATION ACTIVITIES.

8. Amendment/Assignment. Any amendment to this Agreement shall only be binding if in writing and signed by both parties. You may not assign this Agreement without infoUSA Inc.'s prior written consent.

9. Severability. Should any term of this Agreement be declared void or unenforceable by any court of competent jurisdiction, such declaration shall have no effect on the remaining terms of this Agreement.

10. No Waiver. The failure of either party to enforce any rights granted hereunder or to take action against the other party in the event of any breach hereunder shall not be deemed a waiver by that party as to subsequent enforcement of rights or subsequent actions in the event of future breaches.

11. Entire Agreement. This Agreement constitutes the entire agreement between you and infoUSA Inc. and supersedes any prior agreements, representations, proposals, or understandings, whether oral or written, with respect to the subject matter of this Agreement.

It is a violation of both federal and state law to transmit an unsolicited advertisement to a facsimile machine. Any person violating such laws may be subject to civil and criminal penalties which may exceed $500 for each transmission of an unsolicited facsimile. infoUSA Inc. provides its business lists for lawful purposes only and expressly forbids the use of its business lists in any unlawful manner.

05/97   122909.01